No. 04–7838. DAVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7841. DOMINGUEZ-OCHOA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7842. CASTANEDA-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7845. LOTT v. DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–467. PEARSON EDUCATION, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–677. DAILEY v. BANK OF AMERICA. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–7355. LIGGON, AKA LIGGON-REDDING v. NATIONAL CITY MORTGAGE. Super. Ct. Pa. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–7447. RUIMVELD v. BIRKETT, WARDEN. C. A. 6th Cir. Certiorari before judgment denied.